# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

BRUNSON ROBERTS

Case Number: 4:02-CR-00213-02-BRW

USM Number: ADC 127841

**Date of Original Judgment:** August 21, 2003

**Date of Previous Amended Judgment:** December 9, 2008
*(Use Date of Last Amended Judgment if Any)*

Lisa Peters
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(2)

Upon motion of   **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
        130 months **is reduced to 120 months.**

Except as provided above, all provisions of the judgment dated August 21, 2003 will remain in effect.

**IT IS SO ORDERED.**

Order Date: November 1, 2011

/s/ Billy Roy Wilson
United States District Judge